UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW FETHER,

     Plaintiff,

v

HILLSDALE COUNTY, a Municipal
Corporation, HILLSDALE COUNTY
SHERIFF DEPARTMENT, HILLSDALE
COUNTY SHERIFF DEPARTMENT'S
DEPUTY KWINN LEVA, in her individual
and official capacity, ASSISTANT
PROSECUTOR VALERIE WHITE, in her
official and individual capacity; MICHIGAN
STATE POLICE TROOPERS THOMAS
HURST, CYNTHIA GOCHANOUR, and
TONY CUEVAS, and MICHIGAN STATE
POLICE SEX OFFENDER REGISTRY
ANALYSTS MELISSA MARINOFF, and
MARCI KELLY, in their individual capacities,

     Defendants.

No. 1:17-cv-878

HON. JANET T. NEFF

MAG. JUDGE ELLEN S. CARMODY

_____

Nicholas H. Klaus (P81076)
Klaus Law PLLC
Attorney for Plaintiff
P. O. Box 7506
Ann Arbor, MI 48107
(313) 757-2052

Adam P. Sadowski (P73864)
Attorney for Defendant Marci
Kelley
Michigan Department of Attorney
General
Civil Litigation, Employment &
Elections Division
P. O. Box 30736
Lansing, MI 48909
(517) 373-6434

_____/

## STIPULATED ORDER TO EXTEND
## DEADLINE TO FILE A RESPONSE TO COMPLAINT

This matter is before the Court on the stipulation of counsel to extend the time for Defendants Thomas Hurst, Cynthia Gochanour, Tony Cuevas, Melissa Marinoff, and Marci Kelly (State Defendants) to file a response to Plaintiff's Complaint (R. 1).  The parties hereby stipulate and agree to an extension of time until January 30, 2018 for the State Defendants to file an answer or otherwise respond to the Complaint.

The parties, through their respective counsel, stipulate to the entry of the above order.

IT IS SO ORDERED

Date: January 10, 2018                    /s/ Janet T. Neff
                                          HON. JANET T. NEFF
                                          District Court Judge

/s/ Nicholas H. Klaus (w/permission)      Date:  January 2, 2018
Nicholas H. Klaus (P81076)
Attorney for Plaintiff

/s/ Adam P. Sadowski                      Date:  January 2, 2018
Adam P. Sadowski (P73864)
Attorney for the State Defendants