UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW FETHER,

      Plaintiff,                        Case No. 1:17–cv–00878–JTN–ESC

v.                                    Hon. Janet T. Neff

HILLSDALE COUNTY SHERIFF
DEPARTMENT, et al.,

      Defendants.
_____/

## ORDER

      Pending before the Court is Plaintiff and Defendants Thomas Hurst, Cynthia Gochanour, Tony Cuevas, Melissa Marinoff and Marci Kelly's Stipulated Proposed Order to Extend Deadline to File a Response to Complaint (ECF No. 24). The Court having reviewed the stipulated proposed order: IT IS HEREBY ORDERED that the time for Defendants Thomas Hurst, Cynthia Gochanour, Tony Cuevas, Melissa Marinoff and Marci Kelly to file an answer or otherwise respond to the Complaint is extended until February 13, 2018. IT IS FURTHER ORDERED that additional requests to extend the deadline will not be favored, and will require the parties to provide a sufficient basis for the request.

      IT IS SO ORDERED.

Dated:  January 31, 2018                        /s/ Janet T. Neff
                                                       JANET T. NEFF
                                                       United States District Judge