UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW FETHER,

     Plaintiff,

v

HILLSDALE COUNTY, a Municipal
Corporation, HILLSDALE COUNTY
SHERIFF DEPARTMENT, HILLSDALE
COUNTY SHERIFF DEPARTMENT'S
DEPUTY KWINN LEVA, in her individual
and official capacity, ASSISTANT
PROSECUTOR VALERIE WHITE, in her
official and individual capacity; MICHIGAN
STATE POLICE TROOPERS THOMAS
HURST, CYNTHIA GOCHANOUR, and
TONY CUEVAS, and MICHIGAN STATE
POLICE SEX OFFENDER REGISTRY
ANALYSTS MELISSA MARINOFF, and
MARCI KELLY, in their individual capacities,

     Defendants.

No. 1:17-cv-878

HON. JANET T. NEFF

MAG. JUDGE ELLEN S.
CARMODY

---

| | |
|---|---|
| Nicholas H. Klaus (P81076) | Adam P. Sadowski (P73864) |
| Klaus Law PLLC | Attorney for Defendants Hurst, |
| Attorney for Plaintiff | Cuevas, Gochanour, Kelley, and |
| P. O. Box 7506 | Marinoff |
| Ann Arbor, MI 48107 | Michigan Department of Attorney |
| (313) 757-2052 | General |
| | P. O. Box 30736 |
| | Lansing, MI 48909 |
| / | (517) 373-6434 |

**STATE DEFENDANTS'
PRE-MOTION CONFERENCE REQUEST**

Plaintiff, Andrew Fether, was formerly in the military when a fellow

servicemember reported that he had child pornography on his laptop.  Plaintiff was

investigated but no contraband was found.  However, the law enforcement

information network (LEIN) indicated that Plaintiff had a conviction for possession

of child pornography and Plaintiff was added to the Sex Offender Registry.

Ultimately, Plaintiff was criminally charged twice over his failure to register as a

sex offender and he pled *nolo contendere* both times.  Plaintiff's Complaint is filed

under 42 U.S.C. § 1983 and alleges violations of the Fourteenth Amendment of the

United States Constitution against the State Defendants.

The State Defendants are employees of the Michigan State Police.  The State

Defendants file this pre-motion conference request in order to move for dismissal

based on Plaintiff's failure to state a claim, Qualified Immunity, and the statute of

limitations.

Beyond a broad and conclusory statement that Fether was a "class of one"

because he was innocent, Plaintiff fails to allege that he was sufficiently a member

of the "class of one" and does not identify any specific individuals that were not

discriminated against as alleged in the Complaint.  As such, his allegations fall

short of the minimal pleading standards. Fed. R. Civ. P. 8.  Because Fether has

failed to show a proper "class of one", he cannot establish a violation of the Equal

Protection Clause and impose liability under § 1983.

Qualified immunity is an affirmative defense against a § 1983 claim.  *Noble*

*v. Schmitt,* 87 F.3d 157, 160 (6th Cir. 1996).  The doctrine of qualified immunity,

"shields 'governmental officials performing discretionary functions . . . from civil

damages liability as long as their actions could reasonably have been thought

consistent with the rights they are alleged to have violated.'" *Solomon v. Auburn Hills Police Dep't*, 389 F.3d 167, 172 (6th Cir. 2004) (quoting *Anderson v. Creighton*, 483 U.S. 635, 638 (1987)).  Government officials are immune from liability for civil damages insofar as their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known.  *Harlow v. Fitzgerald,* 457 U.S. 800, 818 (1982).  Fether has not sufficiently alleged a violation of a clearly established constitutional right that was done by the State Defendants.

Lastly, Plaintiff's Complaint is time-barred.  Fether was criminally charged on August 15, 2011, and July 30, 2014.  (R. 1, ¶35, 47).  The time of the charges should have provided Fether with notice of the injuries alleged here.  Thus, an action premised upon these criminal charges and actions should have been commenced no later than July 30, 2017, no matter the theory of liability under 42 U.S.C. § 1983.

Wherefore, the State Defendants request this Court allow them to file a motion to dismiss in this matter to avoid unnecessary further litigation.

Respectfully submitted,

Bill Schuette
Attorney General

/s/ Adam P. Sadowski
Adam P. Sadowski (P73864)
Assistant Attorney General
Attorney for State Defendants
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
sadowskia@michigan.gov

Dated: February 13, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2018, I electronically filed the above

document(s) with the Clerk of the Court using the ECF System, which will provide

electronic copies to counsel of record, as well as via U.S. Mail to Plaintiff.

/s/ *Adam P. Sadowski*
Adam P. Sadowski
Assistant Attorney General
Attorney for State Defendants
Civil Litigation, Employment &
Elections Division
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
sadowskia@michigan.gov
P73864

4