UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW FETHER,

    Plaintiff,

v.

HILLSDALE COUNTY, et al.,

    Defendants.
_____/

Case No. 1:17-cv-878

HON. JANET T. NEFF

## ORDER SETTING PRE-MOTION CONFERENCE

A pre-motion conference is scheduled for **March 29, 2018 at 11:00 a.m.** before the Honorable Janet T. Neff, 401 Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan. The attorneys handling the matter for trial are required to be present at this conference, at which time a briefing schedule will be discussed.

**IT IS SO ORDERED**.

Dated: February 28, 2018

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge