UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:17-cv-878 | 3/29/2018 | 11:08 AM - 12:06 PM | Grand Rapids | Janet T. Neff |

### CASE CAPTION

| Plaintiff: | Defendants: |
|---|---|
| Andrew Fether | Hillsdale County, et al. |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Nicholas Howard Klaus | Plaintiff |
| Andrew James Brege | Defendants Hillsdale County, Hillsdale County Sheriff Department, Kwinn Leva and Valerie White |
| Adam Paul Sadowski | Defendants Thomas Hurst, Cynthia Gochanour, Tony Cuevas, Melissa Marinoff and Marci Kelly |

### PROCEEDINGS

**NATURE OF HEARING:** Pre-Motion Conference held concerning ECF Nos. 18, 26; Order to issue.

Court Reporter: Kathy Anderson
Clerk: Kathleen Geiger-King