UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW FETHER,

    Plaintiff,

v.

HILLSDALE COUNTY, et al.,

    Defendants.

_____/

Case No. 1:17-cv-878

HON. JANET T. NEFF

## **ORDER**

The Court having conducted a Pre-Motion Conference with counsel on March 29, 2018 concerning Defendants' proposed dispositive motions (ECF Nos. 18 and 26):

IT IS HEREBY ORDERED that the parties shall proceed with briefing the proposed dispositive motions, limited to the issue of the Statue of Limitations time bar, in accordance with the following schedule:

(1) Defendants' Motion(s) and Brief(s), limited to fifteen (15) pages, shall be served and a proof of service filed not later than May 1, 2018;

(2) Plaintiff's Response, limited to twenty-five (25) pages, shall be served and a proof of service filed within 28 days of service of the last served Motion;

(3) Defendants' Replies, if any, limited to seven (7) pages, shall be served and a proof of service filed within 14 days of service of the Response; and

(4) The parties shall electronically file their respective motion papers as soon as the motion is fully briefed.

IT IS FURTHER ORDERED that the parties shall adhere to this Court's February 9, 2016, Administrative Order No. 16-MS0-017 when referencing a page of the record.

The parties shall otherwise adhere to the requirements for briefing and filing dispositive motions, as set forth in Judge Neff's Information and Guidelines for Civil Practice, available on the Court's website (www.miwd.uscourts.gov).

IT IS FURTHER ORDERED that Defendants' shall have fourteen (14) days after this Court has resolved the dispositive motion(s) to file their Answer to Plaintiff's Complaint, or until further order of the Court.

IT IS FURTHER ORDERED that Plaintiff shall within fourteen (14) days file a stipulation and proposed order to amend the case caption to correct Defendant Marci Kelley's name (currently Marci Kelly).

Dated: March 29, 2018                                       /s/ Janet T. Neff
                                                           JANET T. NEFF
                                                           United States District Judge