UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW FETHER,

    Plaintiff,

                                        Case No. 1:17-cv-878

v.

                                        HON. JANET T. NEFF

HILLSDALE COUNTY, et al.,

    Defendants.

_____/

## ORDER

Pending before the Court is Plaintiff and Defendants Thomas Hurst, Cynthia Gochanour, Tony Cuevas, Melissa Marinoff and Marci Kelley's Stipulated Proposed Order to Extend Deadline to File Motion to Dismiss (ECF No. 36), seeking a seven-day extension of time for the above defendants to file their motion to dismiss. The Court, having reviewed the proposed order, will grant the request to the extent that Defendants Thomas Hurst, Cynthia Gochanour, Tony Cuevas, Melissa Marinoff and Marci Kelley shall serve their motion to dismiss and file a proof of service no later than May 8, 2018.[1] Therefore,

**IT IS HEREBY ORDERED** that the Stipulated Proposed Order to Extend Deadline to File Motion to Dismiss (ECF No. 36) is GRANTED to the extent that Defendants Thomas Hurst, Cynthia Gochanour, Tony Cuevas, Melissa Marinoff and Marci Kelley shall serve their motion to dismiss and file a proof of service no later than <u>May 8, 2018</u>.

**IT IS FURTHER ORDERED** that all other deadlines and provisions set forth in the March 29, 2018 order (ECF No. 30) remain unchanged.

---

[1] Per the March 29, 2018 order (ECF No. 30) and the Court's Information and Guidelines for Civil Practice, the parties shall electronically file their respective motion papers as soon as the motion is fully briefed.

**IT IS FURTHER ORDERED** that additional requests to extend the briefing schedule will not be granted, absent a showing of good cause.


Dated:  May 1, 2018 　　　　　　　　　　　　　　　　　　　　/s/ Janet T. Neff　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JANET T. NEFF
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge